```
Court Name: District of South Dakota
Division: 5
Receipt Number: SDX500004387
Cashier ID: stelling
Transaction Date: 03/30/2016
Payer Name: Gunderson Palmer Nelson
----------------------------------
CIVIL FILING FEE
 For: Gunderson Palmer Nelson
 Amount:          $400.00
----------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 86648
 Amt Tendered:  $400.00
----------------------------------
Total Due:       $400.00
Total Tendered: $400.00
Change Amt:      $0.00

CIV. 16-5020; Valizadeh v. Jane Doe
et al
```