**FILED**
MAR 30 2016


UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| DARYUSH VALIZADEH, an individual, ) | CIV 16-5020 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **MOTION FOR ADMISSION** |
| ) | *PRO HAC VICE* |
| JANE DOE, a/k/a "Susan"; and ) | |
| JOHN AND JANE DOES 2-10, ) | |
| all whose true names are unknown, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**Statement of Movant**

I, Donald P. Knudsen, an active member of the Bar of the U.S. District Court for the District of South Dakota, request that this Court admit pro hac vice Marc J. Randazza, who will be counsel for the Plaintiff Daryush Valizadeh in the case listed above. I have confirmed that Marc J. Randazza is a member in good standing of the U.S. District Court for the District of Nevada and is also a member in good standing of the highest court of the state of Nevada, where Marc J. Randazza's principal practice is located. I am aware of Local Rule 83.3(E) regarding the appearance of attorneys pro hac vice.

Dated: March 29, 2016.

Respectfully Submitted,

Donald P. Knudsen
GUNDERSON, PALMER, NELSON
  & ASHMORE, LLP
506 Sixth Street
P.O. Box 8045
Rapid City, SD 57709-8045
Tel:   (605) 342-1078
dknudsen@gpnalaw.com

## Statement of Proposed Admittee

I, Marc J. Randazza, am currently a member in good standing of the U.S. District Court for the District of Nevada. I am also a member in good standing of the highest court of the state of Nevada, where my principal practice is located, but am not admitted to the Bar of this Court. I am aware of Local Rule 83.3(E) regarding the appearance of attorneys pro hac vice. I understand that I will receive notice electronically and that it is my responsibility to keep my electronic mail address(es) current.

| | |
|---|---|
| First/Middle/Last Name: | MARC JOHN RANDAZZA |
| Primary Email address: | mjr@randazza.com |
| Other email addresses to be notified: | ecf@randazza.com |
| Telephone number: | (702) 420-2001 |
| Fax number: | (305) 437-7662 |
| Firm Name | RANDAZZA LEGAL GROUP, PLLC |
| Firm Address | 4035 South El Capitan Way |
| | Las Vegas, NV 89147 |
| Bar Admission Number | 12265 (Nevada) |

- I will review and abide by the Local Rules of Practice for the District of South Dakota, General Orders, Administrative Procedures, and all technical and procedural requirements. These documents and current system requirements can be found on the Court's web site located at http://www.sdd.uscourts.gov.
- I understand that I will receive notice electronically of all non-sealed documents and that it is my responsibility to keep my electronic mail address(es) current.
- This system is for the U.S. District Court for the District of South Dakota and will be used to receive electronic notification of non-sealed documents that are filed

- 3 -

with the District of South Dakota. Each e-mail address listed will be allowed one free access to the document filed for 15 days from the time of notification.

- For additional access the user will need to have a PACER Service Account. This account can be established by contacting the PACER Service Center at http://pacer.psc.uscourts.gov/ or 1-800-676-6856.

Dated: March 30, 2016.

                                                                          Marc J. Randazza