```
Court Name: District of South Dakota
Division: 5
Receipt Number: SDX500004388
Cashier ID: stelling
Transaction Date: 03/30/2016
Payer Name: Gunderson Palmer Nelson
------------------------------------
PRO HOC VICE
 For: Gunderson Palmer Nelson
 Case/Party: D-SDX-4-16-LB-040001-001
 Amount:        $100.00
------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 86646
 Amt Tendered: $100.00
------------------------------------
Total Due:       $100.00
Total Tendered: $100.00
Change Amt:      $0.00

16-5020; Attorney Marc J. Randazza
to appear PHV
```