# EXHIBIT A

Article:
*"Roosh Valizadeh Accused of Rape"*
S. Jane Gari

S. Jane Gari author of *Losing the Dollhouse*

# Roosh Valizadeh Accused of Rape*

February 9, 2016 | S. Jane Gari

Roosh Valizadeh is one of the world's most infamous misogynists. If you haven't heard of him, you can read about him in his own disgusting words on his blog or look at the descriptions in one of his Bang Guides which give advice about how to easily bed women—advice that dangerously flirts with outright descriptions of date rape.

Roosh canceled in-person meetings with his male supporters (a group he calls The Return of Kings) last week due to protests from feminist groups and outrage generated by media coverage. Valizadeh then held a press conference in DC last Thursday to accuse the media of stirring up a mob against him. "I'm the most hated man in the world," he told the press, adding that this hatred is the direct result of media-borne lies that accuse him of advocating rape.

During the conference he said smugly, "I have never been accused of rape." Well, Roosh, that changes today.

He went on to say, "Not a single woman has been hurt," because of what he's written. "Just because it's there [referring to his self-described 'macho sex writing'] doesn't mean there's a victim out there and that she suffered. Have I raped anyone? No." He said, "You would think that one girl would have come forward by now and say, 'Roosh did it. He raped me. Not one has come forward. Not one.' "

Now she has.

One of Roosh's victims read my blog back in November and reached out to me, asking for my help in exposing him. She finally agreed to be interviewed after seeing how he continues to spout his poisonous, misogynist rhetoric with sickening bravado. I hope her courage will inspire other possible Roosh victims to come forward as well.

For her safety, I will protect the victim's identity. This is the story 'Susan' shared with me:

Roosh approached Susan in Iceland where he was busy "bagging chicks" for one of his sex travel guides. When Susan left a nightclub with her friends, Roosh, approached her on the street and insisted on walking her home. She asked him to leave her alone. Later, when she became separated from her friends, she noticed he was following her.

"You have a beautiful but sad walk. I know a great place to have a drink. You can join me. It will be fun," he said.

She refused. Then he insisted on walking her home.

She said, "There's no need. I don't need you to walk me home."

When he continued to insist, she ignored him and continued her way home. He followed. This is a tactic he teaches in his books—to never take "no" for an answer.

When she arrived at her home, Roosh was very charismatic and asked politely if he could just use the toilet. Sleepy and still drunk from her night out, she acquiesced and let him in

## Featured Posts

Lifting the Gag Order: Speak Out About Sexual Assault
April 23, 2015

## Recent Posts

Roosh Valizadeh Accused of Rape*
February 9, 2016

How Abuse Affects Your Gut Health
February 2, 2016

Sexual Abuse Memoirs: They're Still Relevant
January 26, 2016

Why I Can't Vote for Hillary Clinton
January 19, 2016

Thank You David Bowie
January 12, 2016

Slut Shaming: Emily Lindin's Book Sparks An Important Conversation
January 5, 2016

Bill Cosby and Daniel Holtzclaw: Despicable Abusers of Power
December 15, 2015

Thank You John Lennon
December 8, 2015

Violence Against Women in South Carolina
December 1, 2015

Thanksgiving is for Healing and Gratitude...No Matter What
November 24, 2015

## Archive

to use the bathroom.

When he was done in the bathroom he faced Susan and said, "Are you home alone?"

"Yes," she said.

Then he asked her to touch his penis. When she refused, Roosh grabbed her.

Susan started crying and said, "Why are you doing this? You're crazy."

He laughed and overpowered her with force, saying, "All girls like this. It's every woman's fantasy. You don't even know what you're saying. You're drunk, but I like drunk girls." And then, according to Susan, he raped her.

She later discovered the *Bang Guides* Roosh authored and was mortified. Susan went to counseling for the depression that ensued after the alleged rape but never formally accused Valizadeh. He's an American and she lives in Iceland. She feels she has no recourse.

So what can we do for Susan and the others who have remained silent?

We can encourage all of his possible victims to stand up to him. Roosh is a perpetrator of the worst kind because he hides behind his self-righteousness and is so arrogant he thinks he will never be brought to justice. He thinks his tactics of preying on drunk women, getting them alone, following them, not taking no for an answer and then being forceful with them if necessary is his right as an "aggressive man" who believes, "women should submit to men." Please, let's prove him wrong. Please share this post to spread the word and encourage other possible victims to come forward.

If you have been a victim of this man, reach out to law enforcement with jurisdiction in your area. Tell your story, and if he's guilty, let's help bring this man to justice.

(*These are allegations that have not been brought formally, nor has he been found guilty of a crime in court.)

For media coverage of Roosh Valizadeh:
click here for Benjamin Freed's article in The Washingtonian.
click here for Lindy West's article in The Guardian.

February 2016 (2)
January 2016 (4)
December 2015 (3)
November 2015 (4)
June 2015 (2)
May 2015 (3)
April 2015 (2)

Search By Tags

#12Daysofrage #SAAM #SAAPM
#SurvivorStories
19 kids & counting
2016 Democratic Primary
2016 election Bill Clinton
Bill Clinton Sex Scandal
Bill Clinton and sexual assault
Bill Cosby Scandal
Bill Cosby Sex Scandal Duggar
Duggar Scandal Father's Day
Hillary Clinton Holiday stress
Josh Duggar MHAW2015
Margaret Cho NPR
National Stress Awareness Day
OCD Operation Song
Priest sexual abuse RAINN
Robin Young Salon.com
Sexual assault Thanksgiving
blended families
books about abused children
books about abusive parents
books about child abuse
books about sexual abuse
books about sexual harassment
broken homes bullying
child abuse child abuse books
child abuse stories
child emotional abuse
child maltreatment
child mental abuse
children who abuse children
coping with stress during the holidays
depression during the holidays
domestic abuse
dysfunctional families
dysfunctional family holidays
emily lindin emotional abuse
emotional abuse book
emotional abuse books
emotional abuse by parents
emotional abuse recovery
emotionally abusive mother
family drama family stress
father daughter relatioinships
gratitude gut health
gut health and stress
healing from abuse
healing from divorce

**7 Comments** Sort by Oldest

Add a comment...

**Ryan Clarke** · University of Southern California
Cool story. Where's the evidence?
Like · Reply · 1 · Feb 9, 2016 10:16pm

**Jane Gari** · Stony Brook University
This woman came to me with her story, and I believed her. However, I am not a law enforcement agency, nor am I a court of law. That is why everything stated here is "alleged". That being said, a woman did come forward and accuse him, and that flies in the face of Roosh pretending there aren't women out there saying he's hurt them. The woman from Iceland ("Susan") has also told me she's in contact with two other women from Poland who have very similar stories. I hope these women will go to authorities to officially report what happened to them to start a legal investigation. For now, I'm just a writer who is sympathetic to people who have been wronged, especially since I've been in similar (although less extreme) circumstances.
Like · Reply · 14 · Feb 10, 2016 5:41am

**António Olazabal Ferreira** · Praia Da Granja, Porto, Portugal
Why would anyone let a stalker use their bathroom? That doesn't make any sense...
Like · Reply · Feb 12, 2016 6:51am

**Nathan Hevenstone** · Team Member at Teavana
António Olazabal Ferreira So you've never heard of being drunk? She was drunk and tired and just wanted to go to bed. She hoped for the best, and it turned out not to be the best. That's not her fault... that's Roosh's.
Like · Reply · 15 · 22 hrs

Show 3 more replies in this thread

**Igniss**
Are you aware that by spreading such unsubstantiated rumors you're committing libel?
Like · Reply · Feb 10, 2016 8:57am

**Jane Gari** · Stony Brook University
Please read my response to Ryan above. I am not stating these claims as absolute fact. I am sharing someone's story and encouraging people if they have indeed been wronged by this man to report it to proper authorities so a legal process can decide all of this. In libel litigation the following applies, "The fact that the allegedly defamatory communication is essentially true is usually an absolute defense; the defendant need not verify every detail of the communication, as long as its substance can be established." I am merely stating what someone communicated to me and that these things may have happened, not that they have. The truth is that now two women have contaced me. I have encouraged them to report their stories to the proper legal authorities.
Like · Reply · 13 · Feb 10, 2016 9:35am

**Jane Gari** · Stony Brook University
Additionally, a plaintiff in a libel case must prove malice. I am not being malicious. I am not inciting people to violence or hatred against Roosh. I stand by my comments that his blog and books in parts spout dangerous ideas about how to treat women. I also stand by my call to those who may have been wronged by someone to seek justice. That's not libel. That's trying to help someone else who has been too scared to tell her story because she was afraid of the intimidation and the cross-examination and the bullying that often ensues after such accusations are made.
Like · Reply · 13 · Feb 10, 2016 9:41am

**Nathan Hevenstone** · Team Member at Teavana
Sharing a story is not libel. Screw off with that crap.
Like · Reply · 14 · 22 hrs

Show 2 more replies in this thread

Load 5 more comments

Facebook Comments Plugin

healing from emotional abuse
here and now holiday depression
holiday stress
huffington post live idiot's guides
mental health
mental health awareness month
mind-body connections
mindfulness practicing gratitude
rape survivors sexual abuse
sexual abuse books
sexual abuse memoirs
sexual assault
sexual assault awareness month
sexual assault in the military
sexual assault in the news
sexual assault survivors
sexual bullying slut shaming
south carolina stress and abuse
stress from sexual abuse
strong fathers text
tips for holiday stress
unslut project veterans
violence against women
violence against women in south carolina

Follow Us

© 2013 by S. Jane Gari. All rights reserved