UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| DARYUSH VALIZADEH, an individual,<br><br>    Plaintiff,<br><br> vs.<br><br>JANE DOE, a/k/a "SUSAN" and JANE AND JOHN DOES, 2-10, whose names are unknown,<br><br>    Defendants. | CIV. 16-5020<br><br>ORDER OF ASSIGNMENT |

  IT IS ORDERED that the above-entitled case is assigned to Judge Lawrence L. Piersol.

  Dated June 24, 2016.

          BY THE COURT:

          /s/ *Jeffrey L. Viken*
          JEFFREY L. VIKEN
          CHIEF JUDGE